No. 04-00-00873-CV


IN RE SHELTER PROPERTIES II, et al,



From the 408th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CI-03652


Honorable Janet P. Littlejohn, Judge Presiding



PER CURIAM


Sitting: Tom Rickhoff, Justice

 Paul W. Green, Justice

 Karen Angelini, Justice


Delivered and Filed: February 28, 2001


DISMISSED FOR LACK OF JURISDICTION


 Relator petitions this court for a writ of mandamus, pursuant to the Federal Arbitration Act,
alleging the trial court abused its discretion in denying its motion to compel arbitration. Relator has
failed to establish that the arbitration clause here "evidenc[es] a transaction involving commerce ..."
9 U.S.C.A. § 2 (West 2000). Accordingly, we dismiss the petition for writ of mandamus because we
lack the jurisdiction to consider it. 


 PER CURIAM

DO NOT PUBLISH